UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ZIOKO SIMBI,

    Plaintiff,

v.                                        Case No:  2:16-cv-281-FtM-99MRM

HOME DEPOT,

    Defendant.
_____/

### ORDER[1]

This matter comes before the Court on review of Defendant's Response to Court's Order to Show Cause (Doc. #30) filed on October 19, 2016.  On October 6, 2016, the Court ordered Defendant to show cause why this case should not be remanded for failure to establish subject matter jurisdiction based on the parties' diversity of citizenship and amount in controversy at the time of removal.  (Doc. #29).  Based on the objective evidence Defendant presents showing Plaintiff is domiciled in Florida, and that the amount in controversy exceeds $75,000, the Court finds this case is properly before it.

Accordingly, it is now

**ORDERED:**

The Court will take no further action on its Order dated October 6, 2016. (Doc. #29).

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of October, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record