UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ZIOKO SIMBI,

    Plaintiff,

v.                                 Case No: 2:16-cv-281-FtM-38MRM

HOME DEPOT,

    Defendant.
_____/

**ORDER**[1]

On October 24, 2016, this Court dismissed Plaintiff's Complaint (Doc. #1) with leave to amend on or before November 10, 2016. (Doc. #32). The Court warned Plaintiff *pro se* at that time that failure to file an amended complaint could result in the Court dismissing his case. Plaintiff has yet to file an amended complaint. Therefore, the Court will order that judgment be entered and the case closed.

Accordingly, it is now **ORDERED:**

The Clerk of Court is **DIRECTED** to enter judgment dismissing Plaintiff's Complaint (Doc. #1) without prejudice, terminate all pending deadlines and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of November, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.